UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN M. WEEKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12 CV 70 RWS |
| | ) | |
| MISSOURI DEPT. OF CORRECTIONS, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the joint motion to continue the scheduling conference. The Court appreciates the efforts appointed counsel has made in the case thus far and is encouraged that the parties are discussing a settlement of this matter.  Therefore, the joint motion will be granted.  In addition, I note that plaintiff continues to file documents on his own behalf although he is represented by counsel.  Although the Clerk of the Court accepted the latest documents for filing, any future documents filed by plaintiff pro se will be returned to him as any future communications with the Court shall be made only through counsel.  I would ask appointed counsel to remind his client of this fact.

Accordingly,

**IT IS HEREBY ORDERED** that joint motion for an extension of time [#34] is granted, and **this case is stayed until November 1, 2013, except that the parties remain free to continue settlement negotiations during this time period.**

**IT IS FURTHER ORDERED** that this case is set for an amended scheduling conference on **Friday, November 15, 2013 at 10:00 a.m. in the chambers of the undersigned in St.**

**Louis, Missouri.  The parties shall submit a joint proposed amended case management order that uses the format set out in Docket Entry # 25 by not later than November 12, 2013.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2013.