UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JOHN M. WEEKS, JR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:12CV70 RWS |
| MISSOURI DEPT. OF CORRECTIONS, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

As discussed during today's scheduling conference,

**IT IS HEREBY ORDERED** this case is stayed until December 20, 2013, except that the parties remain free to continue settlement negotiations during this time period.

**IT IS FURTHER ORDERED** that this case is set for a status conference on **December 18, 2013 at 12:30 p.m. in the chambers of the undersigned in St. Louis, Missouri.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2013.