UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN M. WEEKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12 CV 70 RWS |
| | ) | |
| MISSOURI DEPT. OF | ) | |
| CORRECTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the status conference in this matter is reset

from 12:30 p.m. to **10:00 a.m. on December 18, 2013 in my chambers 16-South.**


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 12th day of December, 2013.